**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                            PLAINTIFF

V.                              NO. 4:11CR00157-001   SWW

LEEANNA BROOKE MORGAN                                            DEFENDANT

**ORDER**

Pending before the Court is defendant's motion to be released from the remainder of the term of probation. The government has responded that it objects to defendant's motion, but the United States Probation Office has advised the Court that defendant has complied with the conditions of supervised release and that defendant appears to be an appropriate candidate for early termination from probation. The Court has considered the defendant's motion, government's response and the memorandum from the Probation Office and finds that defendant's motion [doc #31] should be denied at this time. The defendant may file another motion following the resolution of case 4:12CR00167 USA v. Dinnwiddie.

IT IS SO ORDERED that defendant's motion for early termination of probation is denied without prejudice.

Dated this 6th day of November 2013.

/s/Susan Webber Wright
United States District Judge