**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                                NO. 4:11CR00157-001 SWW

LEEANNA BROOKE MORGAN                                          DEFENDANT

## ORDER

Pending before the Court is defendant's unopposed motion to be released from the remainder of the term of probation.  The motion states that defendant has complied with all of her conditions probation and there are no outstanding fines or restitution obligations owed by this defendant. The government consents to the motion.  Therefore, the Court finds that defendant's motion [doc #35] should be **granted**.

IT IS THEREFORE ORDERED that defendant's remaining term of probation previously imposed be, and it is hereby, terminated.

Dated this 9th day of April 2014.

/s/Susan Webber Wright
United States District Judge